**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**

**JOHN DOE,**

**Case No: 1:26-cv-00161-TWP-MJD**

***Plaintiff,***

**v.**

**UNIVERSITY OF NOTRE DAME,**

***Defendant.***

---

**PLAINTIFF'S RESPONSE TO THE ORDER TO SHOW CAUSE [ECF 005]**

NOW COMES, John Doe, by and through his undersigned counsel, respectfully submits this response to the Courts Order to Show Cause [ECF 005] dated January 27, 2026, regarding the potential transfer of this action to the Northern District of Indiana, South Bend Division.

Plaintiff acknowledges that the University of Notre Dame is located in St. Joseph County, which falls within the geographical boundaries of the Northern District of Indiana.

Plaintiff further acknowledges that the events giving rise to this action occurred primarily within the Northern District of Indiana, as stated in the Complaint.

Pursuant to 28 U.S.C. § 1391(b), venue is proper in the Northern District of Indiana because it is the judicial district in which a substantial part of the events or omissions giving rise to the claim occurred.

Plaintiff's Complaint acknowledges that jurisdiction and venue in the present matter is proper in the Northern District of Indiana. A clerical error occurred upon electronic filing that pushed the Complaint to the Southern District of Indiana.

Plaintiff does not oppose the Courts intention to transfer this case to the Northern District of Indiana, South Bend Division pursuant to 28 U.S.C. § 1404(a).

For the foregoing reasons, Plaintiff respectfully submits that he welcomes the transfer of this action to the Northern District of Indiana, South Bend Division, as proposed by the Court.

Dated: January 28, 2026

Respectfully Submitted,

Keith Altman, Esq.
THE LAW OFFICE OF KEITH ALTMAN
30474 Fox Club Drive
Farmington Hills, Michigan 48331
(248) 987-8929
keithaltman@kaltmanlaw.com

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that on the 28th day of January 2026, the foregoing document was filed with the Clerk of the Court through the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ *Keith Altman*
Keith Altman, Esq.