**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**SOUTH BEND DIVISION**

| | | |
|---|---|---|
| JOHN DOE,<br><br>Plaintiff,<br><br>v.<br><br>UNIVERSITY OF NOTRE DAME DU LAC,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CASE NO. 3:26-cv-00149-SJF |

**DEFENDANT UNIVERSITY OF NOTRE DAME'S**
**MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

Defendant University of Notre Dame du Lac ("Notre Dame") respectfully moves to dismiss Plaintiff John Doe's Complaint under Rule 12(b)(6) of the Federal Rules of Civil Procedure for all the reasons provided in Notre Dame's contemporaneously filed Brief in Support. Further, because any amendment to the Complaint would be futile, Notre Dame respectfully requests that the Complaint be dismissed with prejudice.

Dated: May 26, 2026.

Respectfully submitted,

*/s/ Brian E. Casey*

Brian E. Casey (23263-71)
V. Chisara Ezie-Boncoeur (37251-71)
BARNES & THORNBURG LLP
201 S. Main Street, Suite 400
South Bend, IN 46601-1632
Telephone: (574) 233-1171
Facsimile: (574) 237-1125
Email: brian.casey@btlaw.com
cezie@btlaw.com

*Attorneys for Defendant*
*University of Notre Dame du Lac*

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the above and foregoing was served on all counsel of record via the Court's Electronic Notification System on the 26th day of May, 2026.

/s/ *Brian E. Casey*
Brian E. Casey