UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| JOHN DOE, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL NO. 3:26-CV-149-SJF |
| | ) | |
| v. | ) | |
| | ) | |
| UNIVERSITY OF NOTRE DAME DU LAC, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**DECLARATION OF V. CHISARA EZIE-BONCOEUR**

I, V. Chisara Ezie-Boncoeur, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. I am a partner at Barnes & Thornburg LLP. I, along with members of my firm, represent the University of Notre Dame du Lac ("Notre Dame") in the above-captioned lawsuit. In that capacity, I have personal knowledge of the facts set forth in this declaration. I submit this declaration in support of Notre Dame's Motion to Dismiss the Complaint filed by Plaintiff John Doe ("Doe").

2. Doe was charged with two felonies that were prosecuted in a criminal case before the St. Joesph County Superior Court, in a case with a publicly accessible docket and filings (the "Criminal Case"). **Exhibit 1** attached, is a true and correct copy of the docket in the Criminal Case.

3. **Exhibit 2** attached, is a true and correct copy of a publicly available Supplemental Affidavit in Support Of Probable Cause that was filed by Notre Dame Police Department Detective Captain Crystal Garcia-Betts in the Criminal Case against Doe on April 26, 2024.

4. **Exhibit 3** attached, is a true and correct copy of Notre Dame's published Emergency Actions Policy set forth in du Lac: A Guide to Student Life.

5. Doe's name and any personally identifiable information related to him has been redacted from the attached exhibits because of Plaintiff John Doe's anonymity in this lawsuit.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 26th of May 2026.

*/s/ V. Chisara Ezie-Boncoeur*
V. Chisara Ezie-Boncoeur