# EXHIBIT 1

This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.

## State of Indiana v. [redacted]

| | |
|---|---|
| Case Number | [redacted] |
| Court | St. Joseph Superior Court 3 |
| Type | F6 - Felony 6 |
| Filed | 04/26/2024 |
| Status | 03/10/2025 , Decided |
| Reference | Prosecutor Case Management Number<br>71-DM2861745<br>Police Agency Number<br>24-375 |

## Parties to the Case

Defendant [redacted]

Description
Male, White

Address
[redacted]

State Plaintiff State of Indiana

Attorney
Kenneth P. Cotter
*#1589071*

227 West Jefferson Blvd.
Suite 1000
South Bend, IN 46601

Probation Department St. Joseph County Adult Probation

## Charges

01 10/15/2023 35-45-4-5(b)(2)/MA: Voyeurism the def. peeps using a camera

Statute
35-45-4-5(b)(2)

Degree
MA

Filed As
F6: 35-45-4-5(b)(2)/F6: Voyeurism the def. peeps using a camera

02 10/15/2023 35-45-4-5(d)/MA: Public Voyeurism-def., w/o consent and w/intent, peeps at private area of an indivi

Statute
35-45-4-5(d)

Degree
MA

Filed As
F6: 35-45-4-5(d)/F6: Public Voyeurism the def. has a prior unrelated conviction under this section or a

## Chronological Case Summary

04/26/2024 **Case Opened as a New Filing**

04/26/2024 **Case Filed Electronically**
Added By EFile Manager

04/26/2024 **Appearance Filed**
Appearance

| | |
|---|---|
| For Party: | State of Indiana |
| File Stamp: | 04/26/2024 |

04/26/2024 **Notice of Exclusion of Confidential Information**
1
Filed By: State of Indiana
File Stamp: 04/26/2024

04/26/2024 **Information Filed**
[redacted] - Info.pdf
Filed By: State of Indiana
File Stamp: 04/26/2024

04/26/2024 **Information Filed**
[redacted] pso.pdf
Filed By: State of Indiana
File Stamp: 04/26/2024

04/26/2024 **Probable Cause Affidavit Filed**
[redacted] (Garcia-Betts PC).pdf
Filed By: State of Indiana
File Stamp: 04/26/2024

04/26/2024 **Warrant or Writ of Attmnt for the Body of a Person Issued**

04/29/2024 **Warrant or Writ of Attmnt for the Body of a Person Served**

04/29/2024 **Appearance Filed**
Appearance
For Party: [redacted]
File Stamp: 04/29/2024

04/29/2024 **Hearing Scheduling Activity**
Initial Hearing scheduled for 05/21/2024 at 9:00 AM.

04/29/2024 **Order on Initial Hearing**
DPA Copeland. Defendant appears at liberty with Attorney Keller. Preliminary plea of not guilty entered. To hire Private Attorney.
Judicial Officer: Raper, Matthew R - MAG
Order Signed: 04/29/2024

04/29/2024 **Advisement of Rights Conducted**

04/29/2024 **Omnibus Date**
06/25/24

04/30/2024 **Automated ENotice Issued to Parties**
Order on Initial Hearing ---- 4/29/2024 : Kenneth P. Cotter;Thomas Patrick Keller

05/06/2024 **Hearing Scheduling Activity**
Initial Hearing scheduled for 05/21/2024 at 9:00 AM was cancelled. Reason: Other.

05/06/2024 **Hearing Scheduling Activity**
Initial Hearing scheduled for 05/09/2024 at 9:00 AM.

05/09/2024 **Initial Hearing**
Session:
05/09/2024 9:00 AM, Judicial Officer: Sanford, Jeffrey L
Result: Commenced and concluded

05/09/2024 **Hearing Scheduling Activity**
Status Conference scheduled for 07/09/2024 at 9:00 AM.

05/09/2024 **Hearing Journal Entry**
State present. Defendant at liberty and represented by Attorney Keller. Status continued to 7-9-24 at 9:00 a.m.
Judicial Officer: Sanford, Jeffrey L
Hearing Date: 05/09/2024

05/14/2024 **Information Filed**
Amended Information
Filed By: State of Indiana
File Stamp: 05/14/2024

05/21/2024 CANCELED Initial Hearing
Reason: Other
Session:
05/21/2024 9:00 AM, Cancelled

05/24/2024 **Discovery Filed**
Initial Discovery to Court
Filed By: State of Indiana
File Stamp: 05/24/2024

07/08/2024 **Plea Agreement Filed**
Plea Agreement
Filed By: State of Indiana
Filed Stamp: 07/05/2024

07/08/2024 **Notice to Court Filed**
Notice of Communication
Filed By: State of Indiana
File Stamp: 07/05/2024

07/09/2024 **Hearing on Motion to Enter Plea Pursuant to Plea Agreement**
Session:
07/09/2024 9:00 AM, Judicial Officer: Sanford, Jeffrey L
Result: Commenced and concluded

07/09/2024 **Hearing Scheduling Activity**
Status Conference scheduled for 08/15/2024 at 9:00 AM.

07/09/2024 **Hearing Journal Entry**
State present. Defendant at liberty and represented by Attorney Keller. Status continued to 8-15-24 at 9:00 a.m.
Judicial Officer: Sanford, Jeffrey L
Hearing Date: 07/09/2024

08/15/2024 **Status Conference**
Session:
08/15/2024 9:00 AM, Judicial Officer: Sanford, Jeffrey L
Result: Commenced and concluded

08/15/2024 **Hearing Scheduling Activity**
Status Conference scheduled for 08/29/2024 at 9:00 AM.

08/15/2024 **Hearing Journal Entry**
State present. Defendant at liberty and represented by Attorney Hosinski. Status continued to 8-29-24 at 9:00 a.m.
Judicial Officer: Sanford, Jeffrey L
Hearing Date: 08/15/2024

08/15/2024 **Hearing Scheduling Activity**
Status Conference scheduled for 09/17/2024 at 9:00 AM.

08/15/2024 **Administrative Event**
CORRECTED ENTRY FROM 8-15-24: State present. Defendant at liberty and represented by Attorney Keller. Status continued to 9-17-24 at 9:00 a.m.
File Stamp: 08/15/2024

09/17/2024 **Status Conference**
Session:
09/17/2024 9:00 AM, Judicial Officer: Sanford, Jeffrey L
Comment: Telephonic Hearing
Result: Commenced and concluded

09/17/2024 **Hearing Journal Entry**
State present. Defendant by phone and represented by Attorney Keller. Status continued to 10-16-24 at 9:00 a.m.
Judicial Officer: Sanford, Jeffrey L
Hearing Date: 09/17/2024

09/17/2024 **Hearing Scheduling Activity**
Status Conference scheduled for 10/16/2024 at 9:00 AM.

10/16/2024 **Status Conference**
Session:
10/16/2024 9:00 AM, Judicial Officer: Sanford, Jeffrey L
Result: Commenced and concluded

10/16/2024 **Hearing Scheduling Activity**
Jury Trial scheduled for 01/30/2025 at 10:00 AM.

10/16/2024 **Hearing Scheduling Activity**
Pretrial Conference scheduled for 01/09/2025 at 9:00 AM.

10/16/2024 **Order on Hearing**
State by DPA Stieglitz. Defendant by phone and represented by Attorney Keller. Trial set for 1-30-25 at 10:00 a.m. Record set for 1-9-25 at 9:00 a.m. If 1-9-25 is a plea hearing, the Defendant is to be present in court. If it is a record date, Defendant may be present by phone. In an attempt to avoid unnecessary and repeated continuance of trials, the Court orders the Prosecutor and Defense Counsel to check the availability of their potential witnesses prior to the record date. Except in cases of unforeseen emergencies, the Court and the parties involved will then know which case will advance to trial prior to the record date.
Judicial Officer: Sanford, Jeffrey L
Order Signed: 10/16/2024

10/17/2024 **Automated ENotice Issued to Parties**
Order on Hearing ---- 10/16/2024 : Kenneth P. Cotter;Thomas Patrick Keller

01/09/2025 **Pretrial Conference**
Session:
01/09/2025 9:00 AM, Judicial Officer: Sanford, Jeffrey L
Comment: RECORD
Result: Commenced and concluded

01/09/2025 **Hearing Journal Entry**
State present. Defendant by phone. Attorney Keller present. Trial stands.
Judicial Officer: Sanford, Jeffrey L
Hearing Date: 01/09/2025

01/13/2025 **Notice to Court Filed**
Notice of Subpoenas 1.30.25 Trial
Filed By: State of Indiana
File Stamp: 01/13/2025

01/17/2025 **Hearing Scheduling Activity**
Status Conference scheduled for 01/27/2025 at 9:00 AM.

01/27/2025 **Status Conference**
Session:
01/27/2025 9:00 AM, Judicial Officer: Sanford, Jeffrey L
Result: Commenced and concluded

01/27/2025 **Hearing Scheduling Activity**
Jury Trial scheduled for 01/30/2025 at 10:00 AM was cancelled. Reason: Agreed Resolution.

01/27/2025 **Hearing Scheduling Activity**
Sentencing Hearing scheduled for 03/10/2025 at 9:00 AM.

01/27/2025 **Order Granting Mot. to Enter Plea Pursuant to Plea Agreement**
Order Granting Motion to Enter Plea of Guilty Pursuant to Plea Agreement.
Judicial Officer: Sanford, Jeffrey L
Order Signed: 01/27/2025

01/27/2025 **Document Filed**
Application for Public Defender
File Stamp: 01/27/2025

01/27/2025 **Indigent Counsel Appointed at Court Expense**

01/28/2025 **Automated ENotice Issued to Parties**
Order Granting Mot. to Enter Plea Pursuant to Plea Agreement ---- 1/27/2025 : Kenneth P. Cotter;St. Joseph County Adult Probation;Thomas Patrick Keller

01/30/2025 CANCELED **Jury Trial**
Reason: Agreed Resolution
Session:
01/30/2025 10:00 AM, Cancelled

02/26/2025 **Notice of Exclusion of Confidential Information**
Probation Department Files Notice of Confidential Information
Filed By: St Joseph County Adult Probation Department
File Stamp: 02/26/2025

02/26/2025 **Pre-Sentence Investigation Report Filed**
Presentence Investigation Report Filed
Filed By: St Joseph County Adult Probation Department
File Stamp: 02/26/2025

02/26/2025 **Notice of Exclusion of Confidential Information**
Probation Department Files Probation Request for transfer of Probation
Filed By: St Joseph County Adult Probation Department
File Stamp: 02/26/2025

02/26/2025 **Report Filed**
Request for Transfer of Probation
Filed By: St Joseph County Adult Probation Department
File Stamp: 02/26/2025

03/03/2025 **Notice of Exclusion of Confidential Information**
Probation Department Files Notice of Confidential Information
Filed By: St Joseph County Adult Probation Department
File Stamp: 03/03/2025

03/03/2025 **Report Filed**
PSI/SPSI Addendum
Filed By: St Joseph County Adult Probation Department
File Stamp: 03/03/2025

03/05/2025 **Notice of Exclusion of Confidential Information**
Probation Department Files Notice of Confidential Information
Filed By: St Joseph County Adult Probation Department
File Stamp: 03/05/2025

03/05/2025 **Report Filed**
PSI/SPSI Addendum
Filed By: St Joseph County Adult Probation Department
File Stamp: 03/05/2025

03/10/2025 **Sentencing Hearing**
Session:
03/10/2025 9:00 AM, Judicial Officer: Sanford, Jeffrey L
Result: Commenced and concluded

03/10/2025 **Bond Form Filed**
File Stamp: 03/10/2025

03/10/2025 **Judgment**
Judicial Officer: Sanford, Jeffrey L

01. 35-45-4-5(b)(2)/MA: Voyeurism the def. peeps using a camera
    - Plea by Agreement
02. 35-45-4-5(d)/MA: Public Voyeurism-def., w/o consent and w/intent, peeps at private area of an indivi
    - Plea by Agreement

03/10/2025 **Sentenced**

Judicial Officer Sanford, Jeffrey L

1. 35-45-4-5(b)(2)/MA: Voyeurism the def. peeps using a camera
   Confinement to Commence: 03/10/2025
   County Jail
   Term: 2 Days
   Jail Credit: 1 Day
   Concurrent with Prior Sentence: with Count II
   Comment: Sentenced to time served.

---

03/10/2025 **Disposition Sent Electronically to Indiana State Police**

Added By CHRIS Interface (DISP)

---

03/10/2025 **Sentenced**

Judicial Officer Sanford, Jeffrey L

2. 35-45-4-5(d)/MA: Public Voyeurism-def., w/o consent and w/intent, peeps at private area of an indivi
   Confinement to Commence: 03/10/2025
   County Jail
   Term: 2 Days
   Jail Credit: 1 Day
   Concurrent with Prior Sentence: with Count I

---

03/10/2025 **Order on Hearing**

Sentencing hearing held. Order entered.

Judicial Officer: Sanford, Jeffrey L
Order Signed: 03/10/2025

---

03/10/2025 **Disposition Sent Electronically to Indiana State Police**

Added By CHRIS Interface (SNTC)

---

03/11/2025 **Automated Paper Notice Issued to Parties**

Order on Hearing ---- 3/10/2025 : [redacted]

---

03/11/2025 **Automated ENotice Issued to Parties**

Order on Hearing ---- 3/10/2025 : Kenneth P. Cotter;St. Joseph County Adult Probation

---

04/26/2025 **Administrative Event**

POR - No Contact Order - Pretrial Release expired Expired by Automated Service (POR-4593)

## Financial Information

* Financial Balances reflected are current representations of transactions processed by the Clerk's Office. Please note that any balance due does not reflect interest that has accrued – if applicable – since the last payment. For questions/concerns regarding balances shown, please contact the Clerk's Office.

[redacted]
Defendant

Balance Due (as of 04/20/2026)
**0.00**

### Charge Summary

| Description | Amount | Credit | Payment |
|---|---|---|---|
| Court Costs and Filing Fees | 189.00 | 0.00 | 189.00 |

### Transaction Summary

| Date | Description | Amount |
|---|---|---|
| 03/10/2025 | Transaction Assessment | 189.00 |
| 03/10/2025 | Counter Payment | (189.00) |

This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.