# EXHIBIT 2

STATE OF INDIANA ) IN THE ST. JOSEPH SUPERIOR COURT
) SS:
ST. JOSEPH COUNTY )

CAUSE NO. [redacted]

STATE OF INDIANA )
)
VS. ) SUPPLEMENTAL AFFIDAVIT IN
) SUPPORT OF PROBABLE CAUSE
[redacted] )
DOB: [redacted] )

Captain Crystal Garcia-Betts upon information and belief, affirms under the penalty of perjury that:

I am a Detective Captain with the Notre Dame Police Departments and make this affidavit after reviewing verified police reports, speaking with other investigating officers and conducting my own investigation.

On March 21, 2024 Victim 1 report to the Notre Dame Police Department concerning behavior by his roommate, [redacted]. Victim 1 and [redacted] share a dorm room at the University of Notre Dame. Victim 1 advised that in the fall of 2023 he began noticing strange behavior by [redacted]. Victim 1 advised that when he went to his closet, he would notice that [redacted] would be across from him with his cellphone in his hand, holding it upward with the camera facing Victim 1. Victim 1 stated that he began to feel uncomfortable, so he started changing in the shower room. [redacted] asked him why he started changing in the shower room, and this occurred around October 2023. Victim 1 became further concerned when [redacted] followed him to the bathroom and placed his phone under the stall to take photos. Victim 1 confronted [redacted] about the ongoing behavior on March 19, 2024, and [redacted] and Victim 1 indicated that [redacted] did not deny anything.

Lt. Barr went to retrieve the electronic devises from [redacted]. [redacted] signed a consent to search his devices. [redacted] was advised of his rights under *Miranda*. [redacted] agreed to speak with officer, and he stated that he had been taking photos of Victim 1 changing his clothes or in the nude since October 2023. He admitted to taking photos of Victim 1 in the bathroom from an adjacent stall. [redacted] also told officers that he had

done this to other people starting in November of 2023 he was also recording random men in the bathroom. [redacted] stated that he deleted the photos of Victim 1 after five or ten minutes, and that all of the videos of random men were deleted.

[redacted]'s devices were taken to the St. Joseph County Cyber Crimes Unit where they were downloaded. In reviewing the data, I discovered that there were photos of Victim 1 in his underwear or in the nude. There were also videos of Victim 1 changing his clothing. It was clear to me that Victim 1 did not know that he was being photographed or recorded.

All incidents listed herein happened in St. Joseph County, Indiana.

I affirm under the penalty for perjury that the foregoing representations are true.

D529
Captain Crystal Garcia-Betts
Notre Dame Police Department

## DETENTION CONSIDERATIONS

The State has no further information concerning the Defendant's substantial risk of flight or danger to self or others.

Based on the nature of the offense, the State requests that the Court detain the Defendant until the Court conducts a bail hearing in open court.

In light of the events, the State requests that as a condition of bond:

The defendant be ordered to have NO CONTACT with Victim 1.

I affirm under the penalty for perjury that the foregoing representations are true as they have been related to me.

Jennifer J McKinney
Chief Deputy Prosecuting Attorney