# EXHIBIT 3

# Emergency Actions

When the  Assistant Vice President for Student Services, or their designee is advised by a University department or committee (including but not limited to the Center for Student Support and Care, the University Counseling Center, University Health Services, and/or Campus Safety) that a student (graduate, professional, undergraduate, or unclassified) is incapable of properly functioning in this community, or that he/she could cause harm to himself/ herself or to others, the student may be withdrawn from the University by the Assistant Vice President for Student Services, or their designee with or without the student's consent or permission.

When the Office of Community Standards, the Office of the Assistant Vice President for Student Services, the Office of the Assistant Vice President for Institutional Equity, or designee determines imminent danger of serious harm to persons or property, or serious disruption of University life is identified, the Office of Community Standards, the Office of Assistant Vice President for Student Services, the Office of the Assistant Vice President for Institutional Equity, or designee, may issue a no contact order to a student or take summary action to dismiss a student with the opportunity to apply for readmission or permanently dismiss a student.

If a student is charged with a felony, the University reserves the right to take summary action and dismiss a student with the opportunity to apply for readmission through the Office of Community Standards, or designee. Similarly, the University may take summary action to dismiss a student with the opportunity to apply for readmission or permanently dismiss any student convicted of a felony.

# Emergency Actions Case Reviews

When Emergency Action has been taken by the Office of Community Standards, the Office of Assistant Vice President for Student Services, the Office of the Assistant Vice President for Institutional Equity, or designee, the student will have the opportunity to submit a request to the Office of the Vice President for Student Affairs for review of the decision. The Office of the Vice President for Student Affairs may designate an individual or panel to reach a decision regarding the review. Third parties may not file requests on behalf of the student. Requests for review must be submitted via online form within five (5) calendar days of being informed of the Emergency Action. The Office or designee taking the emergency action will have the opportunity to prepare a response to the student's request. This response may include any information regarded as relevant to the review, including any information used in determining the emergency action. The student's file will be forwarded to the Office of the Vice President for Student Affairs or designee. The decision of the Office of the Vice President of Student Affairs or designee will be based on a review of the case file. Decisions of the Office of the Vice President for Student Affairs or designee are final and not subject to further review.

If a student does not submit a request for review within the time specified, the original decision will be considered final and conclusive. Unless otherwise stated, any emergency actions will take effect as soon as they are rendered and will not be stayed.

A student who is permanently dismissed from the University through one of the Emergency Actions described above is not eligible for readmission. A student who is dismissed with the opportunity to apply for readmission from the University through one of the Emergency Actions described above may be eligible to apply for readmission. An application to the University is required to seek readmission and readmission is not guaranteed. The University reserves the right to consider in its sole discretion, as a part of a student's application for readmission, any unresolved and/or additional reports of alleged misconduct, or any information related to the emergency action.

# du Lac: A Guide to Student Life

UNIVERSITY OF NOTRE DAME

Notre Dame, IN 46556 USA

duLac@nd.edu

© 2026 University of Notre Dame