**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF INDIANA**

**JOHN DOE,**

***Plaintiff,***

**Case No: 3:26-cv-00149-SJF**

**v.**

**UNIVERSITY OF NOTRE DAME,**

***Defendant.***

---

**NOTICE OF VOLUNTARY DISMISSAL**

---

NOW COMES Plaintiff, by and through his counsel, hereby gives notice of voluntary dismissal. On July 2, 2026, this Court issued an Opinion and Order denying Plaintiff's Motion to Proceed Under a Pseudonym. Plaintiff has elected to voluntarily dismiss this action to maintain the confidentiality of his identity in connection with the allegations underlying this case. Plaintiff voluntarily dismisses the present action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Dated: July 8, 2026

Respectfully submitted,

*/s/ Keith Altman*
Keith Altman, Esq.

THE LAW OFFICE OF KEITH ALTMAN
30474 Fox Club Drive
Farmington Hills, Michigan 48331
Telephone: (248) 987-8929
keithaltman@kaltmanlaw.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of July, 2026, the above and foregoing document was transmitted via the court's electronic filing system, notifying all parties of record.

*/s/ Keith Altman*
Keith Altman, Esq.