UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

JOHN DOE,

    Plaintiff,

    v.

UNIVERSITY OF NOTRE DAME,

    Defendant.

Case No. 3:26-CV-149-CCB-SJF

## ORDER

Pursuant to the Notice of Voluntary Dismissal (ECF 29) and Federal Rule of Civil Procedure 41(a)(1)(A)(i), this case is **DISMISSED** without prejudice. The Clerk is **DIRECTED** to close this case.

SO ORDERED on July 10, 2026.

/s/ *Cristal C. Brisco*
CRISTAL C. BRISCO, JUDGE
UNITED STATES DISTRICT COURT